**Electronically Filed**
**Supreme Court**
**SCPW-13-0005780**
**24-DEC-2013**
**02:05 PM**

SCPW-13-0005780

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

DAVID T. FLEMING, Petitioner,

vs.

STATE OF HAWAIʻI, Respondent.

ORIGINAL PROCEEDING
(CR. NO. 06-1-0570(1))

ORDER DENYING WITHOUT PREJUDICE MOTION FOR TIME
TO RESPOND TO PETITION FOR WRIT OF HABEAS CORPUS
(By: McKenna, J.)

Upon consideration of respondent State of Hawaiʻi's "Motion for Time to Respond to Petitioner David T. Fleming's Application for a Petition for a Writ of Habeas Corpus", filed on December 13, 2013, the declaration attached thereto and submitted in support thereof, and the record, it appears that there is no statute or rule that expressly allows for a response to a habeas corpus petition pending before this court absent a court order. Accordingly,

IT IS HEREBY ORDERED that the motion is denied without prejudice to seeking an extension of time to respond, as appropriate, should the court direct the respondent to answer the petition.

DATED: Honolulu, Hawaiʻi, December 24, 2013.

/s/ Sabrina S. McKenna

